**7/11/2014**                                                                                      **COA No. 10-12-00389-CR**
**OLIVER, STEVEN**          Tr. Ct. No. D34573-CR                          **PD-0492-14**
This is to serve notice to the court of appeals that this Court granted a motion for extension of time to file a petition for discretionary review until June 13, 2014. The time for filing the petition for discretionary review has expired.

Abel Acosta, Clerk

10TH COURT OF APPEALS  CLERK
MCLENNAN COUNTY COURTHOUSE
501 WASHINGTON AVE., RM 415
WACO, TX  76701
* DELIVERED VIA E-MAIL *